IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MARLOW JEROME NEAL,               )<br>                                    )<br>    Plaintiff,                     )<br>                                    )<br>    v.                              )<br>                                    )<br>JAMES BRAZIER, et al.,             )<br>                                    )<br>    Defendants.                     ) | CIVIL ACTION NO.<br>1:21cv100-MHT<br>(WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining that he was attacked by another, younger inmate, punished for defending himself, and denied the opportunity to press charges against his assailant. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of July, 2021.

                                         /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**